

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In the interest of L.A.S. and
A.L.S., children,

\* From the 326th District Court
  of Taylor County,
  Trial Court No. 8296-CX.

No. 11-17-00351-CV

\* June 14, 2018

\* Per Curiam Memorandum Opinion
  (Panel consists of: Willson, J.,
  Bailey, J., and Wright, S.C.J., sitting
  by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.